

# THE STATE OF TEXAS
## MANDATE

TO THE COUNTY COURT AT LAW NO. 1 OF HUNT COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 31st day of August, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Milton Edward Griggs, Appellant | No. 06-15-00047-CR |
| v. | Trial Court No. CR1401075 |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. We modify the trial court's judgment by deleting the assessment of court-appointed attorney fees, the $20.00 jury fee, and the $5.00 jury summoning fee. We affirm the judgment of the trial court as modified.

We note that the appellant, Milton Edward Griggs, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 29th day of October, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*